UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GENERAL MARKETING SERVICES, INC., ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> AMERICAN MOTORSPORTS, INC. ) </br> INNOVATION MANAGEMENT, INC., ) </br> and DAVID ZEHR, ) </br> ) </br> Defendants. ) </br> ) | Civil File No. 02-671 (MJD/JGL) |

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the Stipulation for Dismissal with Prejudice **(Docket #60)** entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That the above-entitled action, is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: February 14, 2006.          s / Michael J. Davis
                                    Judge Michael J. Davis
                                    Judge of District Court